

# NUMBER 13-10-00388-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**JUAN BELLA AND SONYA BELLA,**            **APPELLANTS,**

**v.**

**JUAN R. CABALLERO AND SYLVIA CABALLERO,**       **APPELLEES.**

**On appeal from the County Court
of Willacy County, Texas.**

# MEMORANDUM OPINION

**Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam**

The appellants' brief in the above cause was due on February 7, 2011. On March 3, 2011, the Clerk of the Court notified pro se appellant Juan Bella that the brief had not been filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of

receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

On April 29, 2011, the Clerk of the Court notified pro se appellant Sonya Bella that the brief had not been filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief.

To date, no response has been received from appellants. Appellants have failed to either reasonably explain their failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

PER CURIAM

Delivered and filed the
23rd day of June, 2011.

2